R. Sam Hopkins, Chapter 7 Trustee
Correspondence email: samhopkins@rsh7trustee.com
P O Box 3014
Pocatello ,ID 83206
Telephone: (208) 478-7978
Fax: (208) 478-7976

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Fullmer, Nancy | ) | **Case No. 22-40058** |
| | ) | |
| | ) | **Chapter 7** |
| | ) | |
| Debtor | ) | |

## REPORT OF SALE BY TRUSTEE

The Trustee has sold the following property of the estate and pursuant to Bankruptcy Rule 6004(f)(1) makes this report of sale.

1. DESCRIPTION OF PROPERTY SOLD:

   Estates interest in the debtor's scheduled 2000 Chevrolet Suburban, Pontiac Grand Prix, 2000 Buick Park Avenue, 2001 Chevrolet Suburban, and cows

2. NAME OF BUYER:

3. ACCOUNTING OF SALE PROCEEDS:

   | | |
   |---|---|
   | Total Sale price | $3698.76 |
   | Value of liens assumed by buyer | $0 |
   | Costs of sale: | |
   | Realtor commission | $ |
   | Title insurance | $ |
   | Repair Costs | $ |
   | Idaho State Sales Tax | $ |
   | Other: | $ |

4. <u>ACCOUNTING OF LIENS PAID:</u>

| | |
|---|---|
| (Name of Lien Holder) | $ |
| | $ |
| | --------------- |
| NET AMOUNT PAID TO ESTATE | $3698.76 |
| | =============== |

Trustee certifies that this report is true and correct to the best of the Trustee's knowledge.

Dated this Tuesday, July 19, 2022.

R. Sam Hopkins
R. Sam Hopkins, Trustee

cc: US Trustee, ECF